UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SKYLINE PARTNERS
TECHNOLOGY, LLC,

    Plaintiff,                                    Case No.: 8:22-cv-1128-WFJ-CPT

v.

JABIL, INC.,

    Defendant.

_____/

**JOINT NOTICE OF RESOLUTION AND**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Rule 3.09(a) of the Local Rules, United States District Court, Middle District of Florida, with this Court's Endorsed Order dated July 8, 2022 (D.E. 23), and Rule 41(1)(A)(ii), *Fed.R.Civ.P.*, Plaintiff, Skyline Partners Technology, LLC and Defendant, Jabil, Inc., inform the Court that the parties have resolved this matter and hereby jointly dismiss this case with prejudice with all parties to pay their own attorneys' fees and costs.

    Dated 1st November, 2022

| | |
|---|---|
| */s/ Kenneth M. Curtin* | */s/ Dennis D. Leone* |
| Kenneth M. Curtin, Esq. | Dennis D. Leone, Esq. |
| Florida Bar No. 087319 | Florida Bar No. 069401 |
| **ADAMS AND REESE LLP** | **SHANKMAN LEONE, P.A.** |
| 100 N. Tampa Street, Suite 4000 | 707 N. Franklin Street, 5th Floor |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| *Counsel for Skyline Partners Technology, LLC* | *Counsel for Jabil, Inc.* |